# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | : | |
| Plaintiff, | : | |
| v. | : | No. 5:20-cv-06334 |
| MATTRESS FIRM, INC. and JOHN ECK, | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 23rd day of February, 2021, upon consideration of the Defendants' motion to dismiss Plaintiff's Complaint, *see* ECF No. 6, as well as their motion to strike, *see id.*, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Defendants' motion to dismiss, ECF No. 6, is **GRANTED**.
2. Plaintiff's Complaint, ECF No. 1, is **DISMISSED, with prejudice.**
3. Defendant's motion to strike, ECF No. 6, is **GRANTED.**
4. Reference to John Eck as a "thief" in the caption of the Complaint; references in paragraph 10 of the Complaint to John Eck as "President of this slip-shod business," "ripping people off," and having "an overwhelming disregard for the consumers' rights;" as well as similar language in paragraph 13 of the Complaint, is **HEREBY STRICKEN from the Complaint** as immaterial, impertinent, and scandalous pursuant to Federal Rule of Civil Procedure 12(f).
5. Plaintiff's motions at ECF Nos. 18 and 19 are **DISMISSED, as moot.**
6. This case is **CLOSED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge